# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>SHANTAVIUS DAVONE JOHNSON<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:18mj63 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __4/26/2017 and 2/8/2018__ in the county of __GREENWOOD__ in the
_____ District of __SOUTH CAROLINA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| TITLE 18, USC SECTION 922(g)(1) | FELON IN POSSESSION OF A FIREARM AND AMMUNITION. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

LISA V. QUILLEN, FBI SPECIAL AGENT
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 12, 2018

_____
*Judge's signature*

City and state: __GREENVILLE, SOUTH CAROLINA__

JACQUELYN D. AUSTIN, U.S. MAGISTRATE
_____
*Printed name and title*