# **AFFIDAVIT**

I, Lisa V. Quillen, being duly sworn, depose and state that:

I am duly appointed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and have been so employed for more than eighteen (18) years. I am an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered to conduct investigations of and to make arrests for the offenses committed in violation of federal law. My duties involve the investigation of federal firearms offenses and associated violent crime and narcotics offenses. During this time I have received training and have experience in the investigation of the unlawful possession of firearms and ammunition. I am currently assigned to the Columbia Division, Greenville Resident Agency, Greenville, South Carolina.

I have personally participated in the investigation into the offense(s) referred to in this Affidavit. I base this Affidavit on my personal investigation as well reports made to me by others, specifically the Greenwood Police Department. I am familiar with the facts and circumstances of this investigation based on direct communication with Greenwood Police Department, Greenwood investigators and their written incident and supplemental reports. The Affidavit does not include all the facts known to me regarding this investigation, only those sufficient to establish probable cause that the offense(s) referred to in this Affidavit have been committed.

I have set forth only those facts that I believe are necessary to establish probable cause to believe that that on or about April 26, 2017 and February 8, 2018, in the District of South Carolina, Shantavius Devone JOHNSON, violated Title 18, United States Code, Section 922(g)(1), by knowingly possessing a firearm in or affecting commerce, after previously being convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

## April 26, 2017 Arrest of Shantavius JOHNSON by the Greenwood Police Department

1. On April 26, 2017, the Greenwood Police Department (GPD) Drug Enforcement Unit received an anonymous complaint from dispatch stating that a strong odor of marijuana was coming from 408-F Foundry Road, Greenwood, South Carolina. When officers arrived at 408-F Foundry Road, they observed Makelia Patterson, the girlfriend of JOHNSON, drive up to the residence, exit the vehicle and go inside. Officers made contact with Patterson at the front door of the residence and advised Patterson of the anonymous complaint. While talking to Patterson, officers could smell a strong odor of marijuana coming from inside the residence. Officers also observed Shantavius JOHNSON, who appeared to be counting currency on the couch in the living room of the residence. After officers told JOHNSON the reason for their presence, JOHNSON advised officers that he did not reside at the residence but stated that he was in possession of marijuana. Officers observed JOHNSON as JOHNSON reached behind a couch cushion and retrieved a glass jar containing what appeared to be marijuana, net weight 6.47 grams.[1]

---

[1] All drugs seized during the search are awaiting forensic analysis.

1

2. During a consent search of the residence, officers also located a digital scale behind the couch cushion where JOHNSON had retrieved the glass jar and, in the entertainment center in the living room, officers also located a plastic bag that contained 26.5 multi-colored pills. During a search of the bedroom, officers located a Taurus Millennium 9 mm handgun, model GS PT and a magazine containing four rounds of 9 mm ammunition in a dresser drawer. In the same drawer, a South Carolina Identification Card bearing the name "Shantavius Johnson" was found next to the Taurus 9 mm handgun. Patterson advised the officers that all the drugs and the gun inside the residence belonged to JOHNSON.

February 8, 2018 Arrest of Shantavius JOHNSON by the Greenwood Police Department

3. On February 7, 2018, GPD officers received an anonymous complaint that Shantavius JOHNSON had purchased and was in possession of approximately two (2) pounds of marijuana and "blue" at his residence, located at 219 Lake Street, Greenwood, South Carolina.[2] On February 8, 2018, based on a complaint, officers with the GPD Department Drug Enforcement Unit responded to 219 Lake Street, Greenwood, South Carolina. Upon approaching the residence, the officers detected a strong odor of burnt marijuana coming from the residence. Upon knocking on the front door of the residence, officers could hear movement coming from inside the residence. After waiting a few minutes for a response, a female, later identified as Makelia Patterson, the girlfriend of JOHNSON, opened the front door. Officers again noted that the odor of marijuana coming from inside the residence.

4. Officers entered and conducted a protective sweep of the residence and located a male sitting on the couch in the living room, a minor female in the southwest bedroom. Officers encountered JOHNSON, as JOHNSON exited a bathroom off the southwest bedroom. Officers noted JOHNSON's arms were wet up to his elbows and suspected that JOHNSON had attempted to or flushed narcotics down the toilet. Upon entering the bathroom, officers observed and recovered fourteen (14) blue pills ~~multiple blue pills~~ in the bottom of the toilet.[3] All individuals inside the residence were advised of their rights under Miranda. Makelia Patterson advised officers that she was aware that JOHNSON had a small black pistol in the residence but did not know where it was hidden.

5. Pursuant to a consent search, officers located assorted ammunition and a Ruger .380 caliber pistol, model LCP, loaded with six rounds of .380 caliber ammunition in the drawers of a table located in small closet that JOHNSON identified as his "studio. During a search of the attic, officers located three (3) jars containing what appeared to be marijuana, net weight 267 grams, which is consistent with distribution.

---

[2] Based on recent previous controlled buys and drug seizures in the area, the GPD officers knew "blue" to be a reference to pills containing fentanyl, a Schedule II controlled substance.

[3] All drugs seized during the search are awaiting forensic analysis.

2

Criminal History

JOHNSON has previously been convicted of a crime punishable by imprisonment for a term exceeding one year to include Discharging Firearm into a Dwelling (2012) and Possession of Cocaine (2014).

Interstate Nexus

The Ruger .380 caliber pistol, .380 caliber ammunition, the Taurus Millennium 9mm handgun and 9mm ammunition, seized in this case were not manufactured in the state of South Carolina, and as such, prior to JOHNSON's possession, traveled in and affected interstate commerce.

Wherefore, based upon all of the information set forth in this Affidavit, I respectfully submit that there is probable cause to believe that on or about April 26, 2017 and February 8, 2018, in the District of South Carolina, Shantavius Devone JOHNSON, violated Title 18, United States Code, Section 922(g)(1), by possessing a firearm after being convicted of a felony offense.

_____
SPECIAL AGENT LISA V. QUILLEN
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me this 12th day of April 2018.

_____
JACQUELYN D. AUSTIN
UNITED STATES MAGISTRATE JUDGE

3