# EXHIBIT B

 Makelia Patterson is with Chuckie Luciano

MCM my love aint none changed ups and down we rocking Bonnie and Clyde mines 😍😍



👍 Like          💬 Comment          ↗ Share

👍❤ Jizzle Glet, Brytavius Quarles and 33 others

 **Demond Patterson** Made sure them Russians was in Da pic
Like   Reply   3g                                       2

 Chuckie Luciano