IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO. 8:18CR483 |
| --- | --- | --- |
|  | ) | 21 USC § 841(a)(1) |
|  | ) | 21 USC § 841(b)(1)(C) |
|  | ) | 21 USC § 841(b)(1)(D) |
|  | ) | 18 USC § 924(c)(1)(A) |
|  | ) | 18 USC § 922(g)(1) |
| vs. | ) | 18 USC § 924(a)(2) |
|  | ) | 18 USC § 924(e) |
|  | ) | 18 USC § 924(d) |
|  | ) | 21 USC § 853 |
|  | ) | 21 USC § 881 |
|  | ) | 28 USC § 2461(c) |
|  | ) |  |
| SHANTAVIUS DAVONE JOHNSON | ) | INDICTMENT |

## COUNT ONE

THE GRAND JURY CHARGES:

That on or about April 26, 2017, in the District of South Carolina, the Defendant, SHANTAVIUS DAVONE JOHNSON, knowingly, intentionally and unlawfully did possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance, and a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 841(b)(1)(D).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

That on or about April 26, 2017, in the District of South Carolina, the Defendant, SHANTAVIUS DAVONE JOHNSON, having been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, a firearm and ammunition, that is, a Taurus model PT111 9mm pistol and 9mm ammunition, which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

That on or about February 7, 2018, in the District of South Carolina, the Defendant, SHANTAVIUS DAVONE JOHNSON, knowingly, intentionally and unlawfully did possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance, and a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance, and a quantity of a mixture or substance containing a detectable amount of alprazolam, a Schedule IV controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 841(b)(1)(D).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

That on or about February 7, 2018, in the District of South Carolina, the Defendant, SHANTAVIUS DAVONE JOHNSON, knowingly did possess a firearm in furtherance of a drug trafficking crime, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

That on or about February 7, 2018, in the District of South Carolina, the Defendant, SHANTAVIUS DAVONE JOHNSON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, a firearm and ammunition, that is, a Ruger model LCP .380 caliber pistol and .380 caliber ammunition, which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

## FORFEITURE

Upon conviction for felony violations of Title 18, United States Code and Title 21, United States Code, as charged in this Indictment, the Defendant, SHANTAVIUS DAVONE JOHNSON, shall forfeit to the United States all of the defendants' right, title and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

(c) any firearms and ammunition (as defined in 18 U.S.C. Section 921) -

   (1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

   (2) involved in or used in any knowing violations of 18 U.S.C. Sections 922 and 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence;

2. PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853(a) and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the defendants for offense(s) charged in this Indictment includes, but is not limited to, the following:

A. Money Judgment:

   A sum of money equal to all proceeds the defendants obtained, directly or indirectly, from the Title 21 offense(s) charged in this Indictment, and all interest and proceeds traceable thereto, in that such sum equals property, the defendant obtained as the result of the violation(s).

B. Firearms/Ammunition:

4

1. Taurus model PT111 9 mm pistol
   Serial number: TIT26745
2. Ruger model LCP .380 caliber pistol
   Serial number: 37125625
3. Miscellaneous rounds of 9 mm ammunition
4. Miscellaneous rounds of .380 caliber ammunition

3. SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A \_\_\_true\_\_\_ Bill

REDACTED
FOREPERSON

_____
BETH DRAKE (LW/jl)
UNITED STATES ATTORNEY

5